In the Matter of the Application of The City of New York, Appellant, Relative to Acquiring Title to Lands Required for the Opening of West One Hundred and Sixty-second Street.

J. Romaine Brown et al., as Executors of Loyal L. Smith, Deceased, et al., Respondents.

*Matter of City of New York* (*West 162d St.*), 125 App. Div. 485, affirmed. (Argued May 19, 1908; decided June 2, 1908.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 10, 1908, which affirmed an order of Special Term confirming a report of commissioners of estimate and assessment in the above-entitled proceeding.

*Francis K. Pendleton, Corporation Counsel* (*John P. Dunn, Theodore Connoly* and *Thomas C. Blake,* of counsel), for appellant.

*Thomas F. Conway, Benjamin Trapnell, Joseph A. Flannery* and *Harry G. Smith* for respondents.

Order affirmed, with costs; no opinion.

Concur: Cullen, Ch. J., Vann, Werner, Hiscock and Chase, JJ. Dissenting: Gray and Willard Bartlett, JJ.